| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Image Works**
Bankruptcy Case: **HRB Winddown, Inc.**
Preference Period: **Sep 19, 2019 - Dec 18, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081403F | $7,395.00 | 12/12/2019 | 2019-1629 | 10/22/2019 | $7,395.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080618 | $1,220.00 | 10/17/2019 | 2019-1509 | 7/11/2019 | $1,220.00 |

**Totals:** **2 transfer(s),** **$8,615.00**